FILED

10/30/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0455

**IN THE SUPREME COURT OF THE STATE OF MONTANA**
Case No. DA 24-0455

---

MITCHELL MCBROOM and BARBARA LEWIS-BACA,

Petitioners – Appellants,

v.

MONTANA BOARD OF PERSONNEL APPEALS and MISSOULA URBAN TRANSPORTATION DISTRICT,

Respondents – Appellees.

---

**ORDER ON MOTION FOR EXTENSION
OF TIME TO FILE RESPONSE BRIEF**

---

On Appeal from the Fourth Judicial District Court, Missoula County
Hon. District Court Judge Jason Marks

The Court, having reviewed Respondent/Appellee Missoula Urban Transportation District's Motion for Extension of Time to File Response Brief pursuant to Mont. R. App. P. 26(1) and good cause appearing therefor,

IT IS ORDERED that Respondent/Appellee Missoula Urban Transportation District's Motion is GRANTED and these Respondent shall have until December 6, 2024, to file their Response Brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
October 30 2024